**Dated: September 23, 2009 15:46:23**

**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | § § § | |
| Earl Joseph Hentz | § | CASE NO.08-14301 |
| AND | § | |
| Teresa Lynn Hentz | § | |
| DEBTOR(S) | § | |

### AGREED ORDER ON MODIFICATION OF CHAPTER 13 PLAN

Came on to be heard/considered Debtors' Motion to Modify the Chapter 13 Plan payment in the above styled and numbered case.

1. Debtors are current through July 2009. The payment will reduce to $550 beginning in August 2009. The base will reduce accordingly

2. Debtors will provide employment information upon re-employment. The trustee will review income in six months and reevaluate disposable income at that time.

# # # IT IS SO ORDERED # # #

Counsel represents that the motion was filed on 7/8/2009, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was 7/31/2009. An

Counsel represents that the motion was filed on 7/8/2009, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was 7/31/2009. An objection was filed by the Chapter 13 Trustee, and subsequently resolved. Therefore, the motion should be granted.

APPROVED FOR ENTRY:

/s/Monte J. White
Attorney for Debtor
Monte J. White & Associate, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301

/s/Linda-Ruschenberg
Linda Ruschenberg, OBA #12842
Attorney for Chapter 13 Trustee
PO Box 1948
Oklahoma City, OK 73101
trustee@ch13okc.com
(405) 236-4843

# # # END OF ORDER # # #

*[Signatures]*